IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| PACIFIC STOCK, INC., | ) | CIVIL NO. 11-00720 JMS/BMK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MACARTHUR & COMPANY INC., | ) | |
| ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on

September 10, 2012, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United

States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and

Recommendations to Grant Plaintiff's Motion for Entry of Default Judgment as to

Defendant Dream Communications, Inc." are adopted as the opinion and order of this

Court.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, October 2, 2012.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge